UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEON FRENKEL<br><br>        PLAINTIFF<br><br>V.<br><br>JOHN P. ACUNTO, JR. ET AL<br><br>        DEFENDANTS | CIVIL ACTION NO.:<br><br>24-MC-00094-VDO<br><br><br><br>MARCH 10, 2025 |

**ENFORCEMENT STATUS REPORT**

Pursuant to this court's March 3, 2025 order (#7), Plaintiff has recorded the attached judgment lien. If the lien is foreclosed, no motions will be filed in this court.

                              /s/ Houston Putnam Lowry
                        Houston Putnam Lowry, Esq.
                        Counsel for Plaintiff Fresh Funding
                            Solutions, Inc.
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

AFTER RECORDING, RETURN TO:
Houston Putnam Lowry, Esq.
Ford & Paulekas, LLP
280 Trumbull Street-Suite 2200
Hartford, CT 06103



Receipt # 102355
Instr # 2024-5304

VOL 6551 PG 342
10/17/2024 10:53:05 AM
1 Pages
JUDGMENT LIEN

Elizabeth P. Browne, Fairfield Town Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEON FRENKEL, ET AL. | )<br>)<br>) |
| PLAINTIFF | ) CIVIL ACTION NO.:<br>) |
| V. | ) 3:24-MC-94 (VDO)<br>) |
| JOHN P. ACUNTO, JR., ET AL | )<br>) |
| DEFENDANTS | )<br>) OCTOBER 11, 2024 |

### JUDGMENT LIEN CERTIFICATE

**THIS IS TO CERTIFY THAT Leon Frenkel**, c/o Alan Woodard, Asset Management Services, LLC, 755 Grand Boulevard B 105-300, Miramar Beach, FL 32550 did, on the 11th day of October 2024, in the United States District Court for the District of Connecticut obtain a Judgment in his favor in the above-captioned action against **John P. Acunto, Jr. a/k/a John Acunto, Absolute Partners, Inc. and Absolute Pro Studios, Inc.** of 635 Springer Road, Fairfield, Connecticut, for the sum of **Two Hundred Eighty Three Thousand Six Hundred Eighty Six and 61/100 Dollars ($283,686.61)**.

There have been no payments on the judgment since it issued on June 14, 2011 in the United States District Court for the Eastern District of Pennsylvania and the sum of **Four Hundred Six Thousand Seventy-Four Dollars and 69 cents ($406,074.69)** remains outstanding as of October 11, 2024. To secure said sum and the lawful interest thereon, a Judgment Lien in favor of **Leon Frenkel** is hereby placed upon **John P. Acunto, Jr. a/k/a John Acunto's** interest in the following real estate:

    650 Springer Road, Fairfield, Connecticut
    94 Moritz Place, Fairfield, Connecticut

Dated at Hartford, Connecticut this 11th day of October, 2024.

**Notice to the debtor:**
A copy of this notice was filed with the Fairfield Town Clerk

Houston Putnam Lowry, Esq.
Counsel for Leon Frenkel
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Email: PTL@HPLowry.com
Federal Bar # CT05955

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 11th day of October, 2024 to:

John P. Acunto, Jr. a/k/a John Acunto
635 Springer Road
Fairfield, CT 06824-7244

Houston Putnam Lowry

RECEIVED FOR RECORD
10/17/2024 10:53:05 AM
Elizabeth P. Browne, Fairfield Town Clerk

G:\2833 Leon Frenkel\002 v. John Acunto\Frenkel v. Acunto - Judgment Lien Certificate 2024-10-11.docx

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 10th day of March, 2025 to:

John P. Acunto, Jr. a/k/a John Acunto
635 Springer Road
Fairfield, CT 06824-7244

Houston Putnam Lowry

- 2 -